# **RETURN OF NON-SERVICE**
## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 24-CV-24175-RKA

**Plaintiff: JPMORGAN CHASE BANK, N.A.**
vs.
**Defendant: IN AND OUT APPLIANCES, LLC**

For:
Mark A. Salky
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue
Miami, FL 33131

Received by DLE Process Servers, Inc on the 29th day of October, 2024 at 10:05 am to be served on **In and Out Appliances, LLC c/o Josniel Barreto, 304 Northwest Drive, Miami, FL 33126**.

I, Christopher Mas, do hereby affirm that on the **7th day of November, 2024** at **10:01 am, I:**

**NON-SERVED** the **Summons in a Civil Action, Original Complaint, Exhibits, Civil Cover Sheet** for the reason that I failed to find **In and Out Appliances, LLC c/o Josniel Barreto** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
10/30/2024  7:28 pm  Attempted service at 304 Northwest Drive, Miami, FL 33126 per Adrian the company and registered agent are unknown and do not live here.
11/7/2024  10:01 am  Attempted service at 304 Northwest Drive, Miami, FL 33126 per Adrian, he provided the same information. He doesn't have a company or know what this company is, and no one by that name lives here.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the county in which service was affected in accordance with State Statute

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are  true. F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

**Christopher Mas**
1623

**DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705**

Our Job Serial Number: DLE-2024068518
Ref: 202850.126800

| DELIVERED | 11/7/2024 10:01 AM |
|---|---|
| SERVER | CM |
| LICENSE | 1623 |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida ▼

| JPMORGAN CHASE BANK, N.A., | ) |
| :---: | :---: |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 24-cv-24175-RKA |
| IN AND OUT APPLIANCES, LLC, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* IN AND OUT APPLIANCES, LLC
c/o Josniel Barreto
304 Northwest Drive
Miami, Florida 33126, United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark A. Salky, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
305-579-0500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/28/2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> *Plaintiff(s)* <br> v. <br> IN AND OUT APPLIANCES, LLC, <br><br> *Defendant(s)* | Civil Action No. 24-cv-24175-RKA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  IN AND OUT APPLIANCES, LLC
c/o Josniel Barreto
304 Northwest Drive
Miami, Florida 33126, United States

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark A. Salky, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
305-579-0500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/28/2024

Angela E. Noble
Clerk of Court

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

SUMMONS