UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-cv-24175-SCOLA/Sanchez

JPMORGAN CHASE BANK, N.A.,        )
                                  )
    Plaintiff,                    )
                                  )
v.                                )
                                  )
IN AND OUT APPLIANCES, LLC,       )
                                  )
    Defendant.                    )
                                  )

**PLAINTIFF JPMORGAN CHASE BANK, N.A.'S NOTICE OF SUBSTITUTED SERVICE OF PROCESS**

Plaintiff JPMorgan Chase Bank, N.A. ("JPMorgan"), by its undersigned counsel, pursuant to Rule 4 of the Federal Rules of Civil Procedure and Sections 48.062 and 48.161 of the Florida Statutes, hereby gives notice that:

1. On December 20, 2024, JPMorgan electronically submitted to the Florida Department of State, Division of Corporations ("Secretary of State") (1) the Court-issued alias summons addressed to Defendant In and Out Appliances, LLC ("Defendant"), in care of the Florida Secretary of State [D.E. 10]; (2) the Complaint [D.E. 1]; and (3) an affidavit from the process server as proof of attempted personal service on Defendant's registered agent [D.E. 8].

2. On January 10, 2025, the Secretary of State notified the undersigned counsel for JPMorgan that substituted service of process was accepted on behalf of Defendant. A true and correct copy of the Secretary of State's notice of acceptance of substituted service, dated January 10, 2025, is attached hereto as **Exhibit A**.

Dated: January 13, 2025

                                                 Respectfully submitted,

                                                 */s/ Mark A. Salky*
                                                 Mark A. Salky
                                                 Florida Bar No. 58221
                                                 Maria R. Santangelo
                                                 Florida Bar No. 1049930
                                                 **GREENBERG TRAURIG, P.A.**
                                                 333 SE 2nd Avenue
                                                 Miami, Florida 33131
                                                 Tel: (305) 579-0816
                                                 Fax: (305) 579-0717
                                                 Mark.Salky@gtlaw.com
                                                 Maria.Santangelo@gtlaw.com

                                                 ***Attorneys for Plaintiff JPMorgan Chase Bank, N.A.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of January, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                                 */s/Mark A. Salky*
                                                 Mark A. Salky