# EXHIBIT A



# FLORIDA DEPARTMENT OF STATE

Division of Corporations

January 10, 2025

Maria Santangelo

Pursuant to Chapter 48.062 Florida Statutes, substitute service of process was accepted for IN AND OUT APPLIANCES, LLC in case number 1:24-cv-24175-RNS and was filed on December 20, 2024 at 12:55 PM.

    Plaintiff(s)
    JPMorgan Chase Bank, N.A.
    v.
    Defendant(s)
    IN AND OUT APPLIANCES, LLC

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Tanner J. Turnmire
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 241220020SOP.01