# EXHIBIT E

| From: | UPS |
|---|---|
| To: | Santangelo, Maria (Assoc-MIA-LT) |
| Subject: | UPS Ship Notification, Tracking Number 1Z3796462498605984 |
| Date: | Wednesday, January 15, 2025 4:13:33 PM |

**\*EXTERNAL TO GT\***



**! A signature is required for package delivery. Log in or enroll in UPS My Choice to take any action.**

**You have a package coming.**

**Scheduled Delivery Date:** Thursday, 01/16/2025

**Sign Now**

UPS My Choice for home

| Change Delivery | Manage Preferences | View Delivery Planner |
|---|---|---|

This message was sent to you at the request of GREENBERG TRAURIG to notify you that the shipment information below has been transmitted to UPS. The physical package may or may not have actually been tendered to UPS for shipment. To verify the actual transit status of your shipment, click on the tracking link below.

# Shipment Details

| From: | GREENBERG TRAURIG |
|---|---|
| Tracking Number: | 1Z3796462498605984 |
| Ship To: | In and Out Appliances, LLC<br>304 Northwest Drive<br>MIAMI, FL 331264252<br>US |
| UPS Service: | UPS NEXT DAY AIR |
| Number of Packages: | 1 |
| Package Weight: | 1.5 LBS |

| | |
|---|---|
| **Scheduled Delivery:** | 01/16/2025 |
| **Signature Required:** | A signature is required for package delivery |
| **Reference Number 1:** | 202850.126800 |

© 2025 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.

All trademarks, trade names, or service marks that appear in connection with UPS's services are the property of their respective owners.

Please do not reply directly to this email. UPS will not receive any reply message.

**Review the UPS Privacy Notice**

**For Questions, Visit Our Help and Support Center**



# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number

1Z3796462498605984

Weight

1.50 LBS

Service

UPS Next Day Air®

Shipped / Billed On

01/15/2025

Additional Information

Signature Required

Delivered On

01/21/2025 9:52 A.M.

Delivered To

MIAMI, FL, US
Received By

GONZALEZ

Left At

Residential

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 01/27/2025 11:15 A.M. EST

**Santangelo, Maria (Assoc-MIA-LT)**

| | |
|---|---|
| **From:** | rleary@ups.com |
| **Sent:** | Tuesday, January 21, 2025 3:39 PM |
| **To:** | Santangelo, Maria (Assoc-MIA-LT) |
| **Subject:** | Delivery |

**\*EXTERNAL TO GT\***

Hello Maria,

Here I'm attaching a copy of the delivery which we have talked about.  If you need anything else, please feel free to contact me at any time.

Kindly,
Rhona Leary
Supervisor
Miami Central Center 3306
305 599.6481
rleary@ups.com



## IVP
## Internal Visibility Portal

### Package Data - Tracking Number - Search Criteria

**Tracking Number:** 1Z3796462498605984
**Service Level:** NDA DEL CONF
**Revised Delivery Date:** 01/21/25 (by 12:00)
**Estimated Delivery Time:** N/A

| Select One | View Shipment | View Package | | | |
|---|---|---|---|---|---|
| Movement | Customer Info | Delivery Match | Claims | COD Payout | Damage/ |

| | Type | | Shipper | Address/Location |
|---|---|---|---|---|
| ⓘ | SCAN | | | 3310P/MIAMI-WEST,FL US |
| ⓘ | DEL | ✓ | 379646 | 304 NORHWEST DR MIAMI FL 33126 US |
| ⓘ | SCAN | | | 3306P/MIAMI,FL US |
| ⓘ | DEL | ☐ | 379646 | 7969 NW 2ND ST MIAMI FL 33126 US |
| ⓘ | DEL | ☐ | 379646 | 7969 NW 2ND ST MIAMI FL 33126 US |
| ⓘ | DEL | ☐ | 379646 | 7969 NW 2ND ST MIAMI FL 33126 US |
| ⓘ | SCAN | | | 3310P/MIAMI-WEST,FL US |
| ⓘ | SCAN | | | 3306P/MIAMI,FL US |

**IVP**

**Internal Visibility Portal**

## Package Data - Tracking Number - Search Criteria

| | |
|---|---|
| **Tracking Number:** | 1Z3796462498605984 |
| **Service Level:** | NDA DEL CONF |
| **Revised Delivery Date:** | 01/21/25 (by 12:00) |
| **Estimated Delivery Time:** | N/A |

| Select One | View Shipment | View Package | | | |
|---|---|---|---|---|---|
| Movement | Customer Info | Delivery Match | Claims | COD Payout | Damage |

### Customer Information

**Shipper :** 379646
Y
GREENBERG TRAURIG
333 SE 2ND AVE
FLR/BLDG 41
MIAMI FL 33131
UNITED STATES OF AMERICA

**Ship To**

In and Out Appliances, LLC
304 Northwest Drive
MIAMI FL 331264252
UNITED STATES OF AMERICA

Get Detail

Enter Investigation

3

| out | Damage/Investig. | UPS MyChoice | Notifications Sent | UPS Premier |
| --- | --- | --- | --- | --- |

| | Date | Time | Status |
| --- | --- | --- | --- |
| | | | OUT FOR DELIVERY |
| | | | GONZALEZ |
| | | | Processing at UPS Fa |
| | | | CUS PKUP RTL |
| | | | RETAIL POSS<br>UAP U42302263 |
| | | | zara<br>UAP U42302263 |
| | 01/17/25 | 10:09 | OFD-ON ROAD |
| | 01/17/25 | 03:11 | DESTINATION SCAN |
| | 01/16/25 | 21:02 | DCR COMPLETE |
| | 01/16/25 | 18:32 | DCR CREATED |

**IVP View Signature**                    ✖ Close

Copyright © 2000 - 2025 UPS, Inc. All Rights Reserved.