# EXHIBIT F



# Shipment Receipt

**Transaction Date:** 14 Jan 2025  **Tracking Number:** 1Z3796462495843393

### ① Address Information

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| In and Out Appliances<br>Josniel Barreto<br>and Carolyna/Gabriela Iglesias<br>14916 SW 34th Street<br>MIAMI FL 331854844<br>Residential | GREENBERG TRAURIG - MIAMI<br>Karen M. Burke<br>333 S.E. 2nd Avenue<br>Ste. 4400<br>MIAMI FL 33131<br>Telephone:3055797845<br>x7845 | GREENBERG TRAURIG - MIAMI<br>Karen M. Burke<br>333 S.E. 2nd Avenue<br>Ste. 4400<br>MIAMI FL 33131<br>Telephone:3055797845<br>x7845 |

### ② Package Information

| | Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|---|
| 1. | 1.5 lbs<br>(2.0 lbs billable) | UPS Letter | | Client / Matter # (xxxxxx.xxxxxx) - 202850.126800 |

### ③ UPS Shipping Service and Shipping Options

**Service:**  UPS Next Day Air

**Shipping Fees Subtotal:**  60.63 USD   **Additional Shipping Options**
**Transportation**  43.98 USD   **Delivery Confirmation:**
**Fuel Surcharge**  10.10 USD    Package1: Signature Required    7.20 USD

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number

1Z3796462495843393

Weight

1.50 LBS

Service

UPS Next Day Air®

Shipped / Billed On

01/15/2025

Additional Information

Signature Required

Delivered On

01/16/2025 10:41 A.M.

Delivered To

14916 SW 34TH ST
MIAMI, FL, 33185, US

Received By

ZARIRA

Left At

Residential

Reference Number(s)

202850.126800

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 01/17/2025 4:32 P.M. EST