# EXHIBIT G

## Santangelo, Maria (Assoc-MIA-LT)

| | |
|---|---|
| **From:** | BurkeK@gtlaw.com |
| **Sent:** | Wednesday, January 15, 2025 6:28 PM |
| **To:** | jbarreto1201@gmail.com; inandoutappliances@gmail.com; jbarreto305@gmail.com; jbarretto3055@gmail.com; xx.cheese@yahoo.com |
| **Cc:** | Salky, Mark (Shld-Mia-LT); Santangelo, Maria (Assoc-MIA-LT) |
| **Subject:** | SERVICE OF COURT DOCUMENTS - CASE NO.: 1:24-CV-24175-SCOLA/SANCHES |
| **Attachments:** | 1. Alias Summons Issued as to In and Out Appliances LLC.pdf; 2. Letter from Florida Secretary of State - Accepting Substituted Service.pdf; 3. JPMorgan Chase Bank, NA v. In and Out Appliances LLC - Complaint with Exhibit A.pdf |

| SERVICE OF COURT DOCUMENTS | |
|---|---|
| COURT | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA |
| CASE NO. | Case No. 1:24-cv-24175-SCOLA/Sanchez |
| CASE STYLE | JPMORGAN CHASE BANK, N.A. v. IN AND OUT APPLIANCES, LLC |
| DOCUMENT(S) / PLEADING(S) BEING SERVED | 1. Alias Summons Issued for In and Out Appliances, LLC<br>2. Letter from the Florida Secretary of State accepting substituted service of process on behalf of In and Out Appliances, LLC<br>3. Complaint with Exhibit A |
| SERVING PARTY | Mark A. Salky (FBN 58221)<br>GREENBERG TRAURIG, P.A.<br>T: (305) 579-0816 |

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

1